IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIE MOORE,

   Petitioner,

v.                                                              Case No.  4:18cv333-MW/MJF

MARK S. INCH,

   Respondent.
_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 21.  Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion.  The Clerk shall enter judgment stating, "The petition for writ of habeas corpus, ECF No. 1, challenging the judgement of conviction and sentence in *State of Florida v. Willie E. Moore*, Leon County Circuit Court Case No. 2013-CF-1076,

is **DENIED**. A Certificate of Appealability is **DENIED**." The Clerk shall also close the file.

      **SO ORDERED on May 18, 2020.**

                                              <u>s/Mark E. Walker</u>
                                              **Chief United States District Judge**